**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                              Case No.: 1:08-CR-007-SPM/AK

SYLVESTER JAMES,

    Defendant.

_____/

## ORDER

PURSUANT TO the Report and Recommendation (doc. 39) of the United States Magistrate Judge, to which there have been no timely objections, and subject to the Court's consideration of any plea agreement pursuant to Federal Rule of Criminal Procedure 11(e)(2), the plea of guilty of the defendant, **SYLVESTER JAMES**, to Count One of the indictment is hereby ACCEPTED. All parties shall appear before this Court for sentencing as directed.

DONE AND ORDERED this <u>twenty-fifth</u> day of November, 2008.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        United States District Judge